UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINCENZO RUSSO,

    Plaintiff,

v.   Case No. 8:22-cv-611-KKM-TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Plaintiff Vincenzo Russo filed this action seeking review of the Commissioner's decision to deny his claim of Social Security disability benefits. (Doc. 1.) The Magistrate Judge issued a report recommending that the Court reverse and remand the Commissioner's decision. (Doc. 23.) The fourteen-day deadline for the Commissioner to object to the report passed. Neither party objected. Nevertheless, the Court reviews the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.).

After a complete review, the Court concludes that the Magistrate Judge's Report and Recommendation should be adopted. Substantial evidence did not support the

Administrative Law Judge's finding that the plaintiff could perform other work that is "so similar to [his] previous work that [he] would need to make very little, if any, vocational adjustment in terms of tools, work processes, work settings, or the industry," as required by the regulation. *See* 20 C.F.R. § 404.1568.

The following is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 23) is **ADOPTED**.

2. The Commissioner's decision is **REVERSED** and the matter is **REMANDED** for proceedings consistent with the Magistrate Judge's report.

3. The Clerk is directed to enter judgment in Plaintiff's favor, terminate any pending motions and deadlines, and close this case.

**ORDERED** in Tampa, Florida, on March 22, 2023.

Kathryn Kimball Mizelle
United States District Judge

2